

MICHAEL D. AIKEN, *Partner*
N19 W24200 RIVERWOOD DRIVE, SUITE 125
WAUKESHA, WI 53188-1179
Direct: 262-522-7018
Facsimile: 262-522-7020
Email: maiken@MLLlaw.com

September 17, 2024

**VIA E-FILING:**
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street – Room 2722
Chicago, IL 60604

RE: *Daniel Christensen, et al v. William Weiss, et al.*
U.S. Appeal Court – 7th Circuit Case No. 24-1026
U.S. District Court Case No. 3:22-cv-00253-jdp

To the Honorable Seventh Circuit:

I am counsel for Plaintiffs-Appellants, Daniel Christensen and Paula Christensen, as next of kin to Donna Christensen and as special administrator to her estate. I am writing to notify the Court that Plaintiff-Appellant, Paula Christensen, has died during the pendency of this appeal. No substitution of counsel is necessary, however, as Paula Christensen appeared in this matter as a representative of the estate of Donna Christensen with respect to the claims at issue on appeal, and Daniel Christensen continues to appear and serve as a representative of Donna Christensen's estate. This letter is filed in the interest of full disclosure prior to the upcoming oral argument on September 27, 2024.

Thank you.

Very truly yours,

McCOY LEAVITT LASKEY LLC

Michael D. Aiken

MDA/ark

cc: All Counsel of Record (via e-filing)

**McCOY LEAVITT LASKEY LLC**

ALBUQUERQUE, NM • ANN ARBOR, MI • CHICAGO, IL • JACKSONVILLE, FL • KANSAS CITY, KS
LOS ANGELES, CA • MILWAUKEE, WI • PORTLAND, ME • SAN ANTONIO, TX